UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE SPRINGER and ALEXIS SPRINGER, w/w<br>3308 S. Ruch Street<br>Whitehall, PA 18052<br><br>          Plaintiffs,<br><br>       v.<br><br>MICHAELS STORES, INC. a/k/a and d/b/a MICHAELS STORES<br>600 Lehigh Valley Mall<br>Whitehall, PA 18052<br><br>MICHAELS<br>600 Lehigh Vally Mall<br>Whitehall, PA 18052<br><br>THE MICHAELS COMPANIES, INC.<br>3939 W. John Carpenter Freeweay<br>Irving, Texas 75063-2909<br><br>LEHIGH VALLEY ASSOCIATES, LP<br>250 Lehigh Valley Mall<br>Whitehall, PA 18052<br><br>SIMON PROPERTY GROUP<br>P.O. Box 6120<br>Indianapolis, IN 46206<br><br>LEHIGH VALLEY MALL, LLC<br>250 Lehigh Valley Mall<br>Whitehall, PA 18052<br><br>JOHN DOE CORPORATION<br>600 Lehigh Valley Mall<br>Whitehall, PA 18052<br><br>JOHN DOE INDIVIDUAL<br>600 Lehigh Valley Mall<br>Whitehall, PA 18052 | Civil Action No. _____<br><br>**COMPLAINT**<br><br><br><br><br>Plaintiffs Demand a Trial by Jury |

Defendants.                                :

## COMPLAINT – CIVIL ACTION

AND NOW, come Plaintiffs, Christine Springer and Alexis Springer, wife and wife, by and through their attorney, Maria C. Janoski, Esquire of Janoski Law, and hereby respectfully set forth the following:

## PARTIES

1.      Plaintiffs, Christine Springer and Alexis Springer, wife and wife, are adult individuals residing at the above address in Lehigh County, Pennsylvania.

2.      Defendant Michaels Stores, Inc. a/k/a/ and d/b/a Michaels Stores is a Delaware corporation with a principal place of business located at 3939 West John Carpenter Freeway, Irving, Texas 75063.

3.      Defendant Michaels Stores, Inc. a/k/a and d/b/a Michaels Stores regularly conducts business in Pennsylvania and, upon information and belief, owns and operates an arts and crafts store located within the Lehigh Valley Mall at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052.

4.      Defendant Michaels is a corporate entity that owns and operates an arts and crafts store located within the Lehigh Valley Mall at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052.

5.      Defendant The Michaels Companies, Inc. is a Delaware corporation with a principal place of business located at 3939 West John Carpenter Freeway, Irving, Texas 75063.

6.      Defendant The Michaels Companies, Inc. regularly conducts business in Pennsylvania and, upon information and belief, owns and operates an arts and crafts store located within the Lehigh Valley Mall at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052.

7. Defendant Lehigh Valley Associates, LP is a Pennsylvania limited partnership with a principal place of business located at 225 West Washington Street, Indianapolis, Indiana 46204-3435.

8. Defendant Lehigh Valley Associates, LP regularly conducts business in Pennsylvania and, upon information and belief, owns and operates the Lehigh Valley Mall in Whitehall, Pennsylvania, which includes the Michaels arts and crafts store located at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052.

9. Defendant Simon Property Group, LP is a foreign limited partnership with a principal place of business located at 225 West Washington Street, Indianapolis, Indiana 46204-3435.

10. Defendant Simon Property Group, LP regularly conducts business in Pennsylvania and, upon information and belief, owns and operates the Lehigh Valley Mall in Whitehall, Pennsylvania, which includes the Michaels arts and crafts store located at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052.

11. Defendant Lehigh Valley Mall, LLC is a Delaware limited liability company with a principal place of business located at 225 West Washington Street, Indianapolis, Indiana 46204-3435.

12. Defendant Lehigh Valley Mall, LLC regularly conducts business in Pennsylvania and, upon information and belief, owns and operates the Lehigh Valley Mall in Whitehall, Pennsylvania, which includes the Michaels arts and crafts store located at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052.

13. Defendant John Doe Corporation is a fictitious name for a corporation or some type of corporate entity whose name is presently unknown to Plaintiffs despite a search with due

diligence.  Defendant John Doe Corporation is believed to be a corporate entity responsible for the safety and maintenance of the dumpster and/or compactor at the Michaels arts and crafts store located at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052 at all times pertinent hereto.

14.     Defendant John Doe Individual is an unknown individual whose name is presently unknown to Plaintiffs despite a reasonable search with due diligence.  Defendant John Doe Individual is believed to be an individual responsible for the safety and maintenance of the dumpster and/or compactor at the Michaels arts and crafts store located at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052 at all times pertinent hereto.

15.     At all times relevant hereto, Defendants acted by and through their agents, servants, contractors and/or employees who were acting within the course and scope of their agency/apparent agency, service and/or employment with Defendants.

## JURISDICTION AND VENUE

16.     The preceding paragraphs are hereby incorporated by reference as though fully set forth hereinbelow.

17.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a), by virtue of diversity of citizenship between Plaintiffs and Defendants; further the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

18.     The venue of this action is properly brought in the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred within the Eastern District of Pennsylvania, in Lehigh and Northampton Counties.

## BACKGROUND

19.    The preceding paragraphs are hereby incorporated by reference as though fully set forth hereinbelow.

20.    On or about May 7, 2024, Plaintiff Christine Springer was employed as a driver and trash collector for Republic Services.

21.    Upon information and belief, Republic Services had a national contract to empty the compactors/dumpsters for stores within the Michaels arts and crafts stores chain.

22.    This contractual obligation included the emptying of the compactor/dumpster at the Michaels arts and crafts store located within the Lehigh Valley Mall at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052.

23.    On or about May 7, 2024, Plaintiff Christine Springer drove her Republic Services truck to the Michaels arts and crafts store located at 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052 in order to empty the compactor/dumpster at that store location.

24.    The compactor/dumpster unit at this store location was a breakaway unit, and Plaintiff was able to successfully detach the trash container from the compactor and place and secure the container in the bed of her truck for transport to the local landfill.

25.    Plaintiff then drove the Republic Services truck from the Michaels store location at the Lehigh Valley Mall to the Bethlehem Landfill located at 2335 Applebutter Road, Bethlehem, Pennsylvania 18015.

26.    After arriving and checking in at the landfill, Plaintiff removed the straps and bungee cords securing the container to the truck and positioned the truck for depositing the contents of the container into the landfill.

27. Immediately upon Plaintiff sliding open the pin on the container door's locking mechanism, the bar on the door of the container burst out, striking her in the face and head and causing the serious injuries described herein.

28. Upon information and belief, the pressure within the container had gotten too high due to lack of maintenance of the compactor/dumpster and/or overfilling of the compactor/dumpster, which caused the container door's bar to swing out suddenly and forcefully.

29. Upon information and belief, the correct and safe pressure setting for the compactor is information included in the contract between Republic Services and its clients, including the Michaels arts and crafts store located at the Lehigh Valley Mall.

30. The proper and safe use of the compactor/dumpster required monitoring the pressure gauge on the compactor and not overfilling the dumpster.

31. As a result of being struck in the face and head by the container door, Plaintiff Christine Springer suffered the following injuries:

(a) multiple orbital fractures, including left orbital floor fracture;

(b) head injury, with concussion and post-concussion syndrome;

(c) facial nerve damage;

(d) dental injuries and jaw pain;

(e) persistent vision issues;

(f) emotional distress, anxiety, depression, and post-traumatic stress disorder;

(g) post-traumatic headaches;

(h) subconjunctival hemorrhage and periocular ecchymosis with retro-orbital hematoma;

(i) a severe and possibly permanent shock to her nervous system;

(j)    wage loss and diminished earning capacity; and

(k)    incurred medical expenses for surgery, hospitalization, physical therapy and/or additional medical care, as well as expenses she will be required to incur for future care and treatment.

**Count I – Negligence**
**<u>Plaintiff Christine Springer v. Defendants</u>**

32.    The preceding paragraphs are hereby incorporated by reference as though fully set forth hereinbelow.

33.    The accident and resulting injuries described herein were caused by the negligence and/or carelessness of Defendants, as either owners/operators of the Michaels arts and craft store located 600 Lehigh Valley Mall, Whitehall, Pennsylvania 18052 or the owners/operators of the Lehigh Valley Mall located at 250 Lehigh Valley Mall, Whitehall, Pennsylvania 18052, which consisted of:

(a)    failing to safely maintain the compactor/dumpster located at the Michaels store identified herein;

(b)    failing to adhere to the pressure limits and restrictions for the compactor/dumpster at the Michaels store identified herein;

(c)    overfilling/overstuffing the compactor/dumpster at the Michaels store identified herein;

(d)    allowing excessive contents pressure to develop inside the breakaway container for the compactor/dumpster located at the Michaels store identified herein; and

(e)    failing to warn Plaintiff Christine Springer that the contents pressure within the breakaway container described herein was high and created the risk of injury when opening the container.

34.     Defendants knew or should have known that the pressure in the compactor/dumpster was too high and created a serious risk of injury to persons opening the container, such as Plaintiff Christine Springer.

**Count II – Loss of Consortium**
**<u>Plaintiff Alexis Springer v. Defendants</u>**

35.     The preceding paragraphs are hereby incorporated by reference as though fully set forth hereinbelow.

36.     As a result of the negligence of Defendants, Plaintiff Alexis Springer has suffered the loss of the aid, society, comfort and services of her wife, Christine Springer, which losses are ongoing and may be permanent.

**<u>Jury Demand</u>**

37.     Plaintiffs request a jury trial on all issues to be tried.

**<u>Prayer for Relief</u>**

WHEREFORE, Plaintiffs Christine Springer and Alexis Springer demand judgment against Defendants in an amount in excess of one hundred and fifty thousand dollars ($150,000.00), together with lawful interest and allowable costs of suit, and bring this action to recover same, a jury trial being requested.

JANOSKI LAW

Dated: May 4, 2026                    By:   /s/ Maria C. Janoski
                                              Maria C. Janoski, Esq.
                                              104 S. Church St.
                                              West Chester, PA 19382
                                              Tel: (610) 679-9031
                                              Email: mjanoski@janoski-law.com